IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 05-cv-01596-MSK-MEH

PATRICIA RAMIREZ,

        Plaintiff,

v.

DENVER HEALTH MEDICAL CENTER,
JUANITA JOHNSON, and
ERIQUE LUJAN,

        Defendants.

_____

## OPINION AND ORDER ADOPTING RECOMMENDATION
## AND DISMISSING ACTION
_____

**THIS MATTER** comes before the Court pursuant to the April 17, 2006 Report and Recommendation **(# 31)** of United States Magistrate Judge Michael E. Hegarty that the Defendants Denver Health Medical Center and Erique Lujan's Motion to Dismiss **(# 14)** be denied as moot and the case dismissed in its entirety. More than 10 days have passed and no party has filed Objections to the Recommendation. Fed. R. Civ. P. 72(b); 28 U.S.C. § 636(b)(1). Where no party files objections to a recommendation, the Court applies whatever standard of review to that recommendation that it deems appropriate. *Summers v. State of Utah*, 927 F.2d 1165, 1167 (10th Cir.1991). This Court has reviewed the recommendation under the otherwise applicable *de novo* standard of Fed. R. Civ. P. 72(b).

Upon *de novo* review, this Court agrees with the entirety of the findings and reasoning of the Magistrate Judge. Accordingly, the Recommendation **(# 31)** is **ADOPTED** and the

Defendants Denver Health Medical Center and Erique Lujan's Motion to Dismiss **(# 14)** is **DENIED AS MOOT**. Pursuant to the Stipulation of Dismissal **(# 28)**, the claims against those Defendants are **DISMISSED** with prejudice. The claims against Defendant Juanita Johnson are **DISMISSED** without prejudice, for failure of the Plaintiff to prosecute. The Clerk of the Court is directed to close this case.

Dated this 30th day of August, 2006

**BY THE COURT:**

*[Signature: Marcia S. Krieger]*

Marcia S. Krieger
United States District Judge